Ex. A

 CT Corporation

**Service of Process Transmittal**
07/02/2019
CT Log Number 535794970

TO: Tessa Cierny
Mercedes-Benz USA, LLC
ONE MERCEDES-BENZ DRIVE
SANDY SPRINGS, GA 30328-4312

RE: **Process Served in New Jersey**

FOR: Mercedes-Benz USA, LLC  (Domestic State: DE)

Email Notification,  Madison Coker  mcoker@wwhgd.com

Email Notification,  Jonathan Friedman  mbwarranty@wwhgd.com

Email Notification,  AUDRA DIAL  audra.dial@mbusa.com

Email Notification,  SHERRY ROSEN  sherry.rosen@mbusa.com

Email Notification,  Lance Arnott  SOPVerification@wolterskluwer.com

SIGNED:      The Corporation Trust Company
ADDRESS:   820 Bear Tavern Road
3rd Floor
West Trenton, NJ 08628
TELEPHONE:   609-538-1818

Page 2 of  2 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

## SUMMONS

Attorney(s) ROBERT G. RICCO

Office Address  811 Westwood Avenue

Town, State, Zip Code  River Vale, NJ 07675

Telephone Number  201 961-2142

Attorney(s) for Plaintiff ALEXANDRU POPA

ALEXANDRU POPA

_____
Plaintiff(s)

vs.

VANESSA PEREZ

MERCEDES-BENZ USA LLC
Defendant(s)

## Superior Court of New Jersey

Hudson          County

LAW          Division

Docket No: HUD-L-2467-19

## CIVIL ACTION SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

MICHELLE M. SMITH, Clerk /s/
Clerk of the Superior Court

DATED:  06/30/2019

Name of Defendant to Be Served:  MERCEDES BENZ USA LLC via registered agent

Address of Defendant to Be Served:  C/O Corporation Trust Company 820 Bear Tavern Rd. #305 Trenton, NJ 08628

Law Office of Robert G. Ricco, Esq.
811 Westwood Avenue
River Vale, New Jersey 07675
Telephone: (201) 497-6524
Attorneys for Plaintiff
Attorney Bar No. **Bar No.: 051051995**

-----------------------------------------------------------

|  |  |
|---|---|
| | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION: HUDSON COUNTY |
| ALEXANDRU POPA, | |
| | |
| Plaintiff(s), | |
| | Docket No. _____ |
| vs. | CIVIL ACTION · |
| | MOTOR VEHICLE ACCIDENT |
| | COMPLAINT AND DEMAND |
| VANESSA PEREZ, | |
| MERCEDES-BENZ CORPORATION | FOR TRIAL BY JURY |
| Otherwise known as | |
| MERCEDES-BENZ USA, LLC | |
| JOHN and JANE DOES | |
| (1-100) and XYZ COMPANIES | |
| (1-100), | |
| | |
| | |
| Defendant(s). | DESIGNATION OF TRIAL ATTORNEY |
| | DEMAND FOR ANSWERS TO |
| | INTERROGATORIES |

-----------------------------------------------------------

PETITIONER, ALEXANDRU POPA, (herein after referred to as "Plaintiff") residing at 64 South Main

Street, Apt. 1F, Spring Valley, NY 10977 in the County of Bergen and State of New Jersey, complaining of the

Defendant, deposes and says:

1

## FIRST COUNT

## NEGLIGENCE AS TO VANESSA PEREZ

1.     On or about July 2, 2017, Plaintiffs, ALEXANDRU POPA as driver, were the operator of a certain motor vehicle, being a 2016 black Mercedes Benz, with NY plate number HAH4665, and VIN number 5SSWF4KBOGU114654, while travelling in West New York, Southbound on Port Imperial Road towards New York, at or about 4:23 AM, observed Defendant heading Northbound on Port Imperial Road, heading towards Hillside Road, making a turn crossing into his oncoming lane, disregarding the traffic and against the traffic light, when he was struck in the front and or side of his car, by the car driven by the defendant.

2.     On or about July 2, 2017, defendant VANESSA PEREZ, (hereinafter referred to as "Defendant"), residing at 1223 81st Street, Apt. 1, in North Bergen , NJ 07047-4153, was the owner and operator of a certain motor vehicle, being a 2000 White Jeep Cherokee, said motor vehicle bearing NJ license plate No. B96HNX and upon information and belief bearing VIN number 1J4FT48S7XL123877, which was traveling northbound on said Port Imperial Road, heading towards Hillside Road, in West New York, in the County of Hudson and State of New Jersey, when an accident took place at that location when Defendant, improperly crossed into the oncoming lane of the Plaintiff at or about the time as reported on the police report, being the morning of July 2, 2017.

3.     Defendant did so negligently and carelessly own, operate and/or maintain the aforesaid motor vehicle so as to cause same to collide with the Plaintiff. The defendant was charged with careless driving and driving under the influence as reported on the police report.

4.     As a direct and proximate result of the negligence of the Defendant, as aforesaid, Plaintiff was caused to sustain and did sustain serious and permanent personal injuries requiring the care and treatment of physicians, hospitalization and medication and has been and will in the future continue to be hampered in his daily routine.

2

WHEREFORE, Plaintiffs demands judgment against the Defendant, in the amount of his damages together with interest and costs of suit, for:

(a) Actual Damages;

(b) Consequential Damages;

(c) Pain and suffering;

(d) Out of Pocket expenses;

(e) Medical treatment and future medical treatment;

(f) Emotional distress and Psychiatric care;

(g) Punitive Damages; Pre and Post Judgment interest, Costs of Suit;

(h) Attorney Fees; and

(i) Such other relief as the Court may deem equitable and just.

### SECOND COUNT

### PRODUCTS LIABILITY in the form of NEGLIGENCE and/or IN STRICT LIABILITY AS TO MERCEDES- BENZ CORPORATION REGARDING THE FAILURE OF THE SEATBELT AND OR FAILURE OF THE AIRBAG TO DEPLOY TO PROTECT THE PLAINTIFF

5.      Plaintiff repeats and re-alleges each and every one of the aforementioned allegations as if set forth herein at length.

6.      On or about July 2, 2017, Plaintiffs, ALEXANDRU POPA as driver, were the operator of a certain motor vehicle, being a 2016 black Mercedes Benz, with plate number HAH4665, and VIN number 55 swf4kbogu114654, while travelling in West New York, Southbound on Port Imperial Road towards New York, at or about 4:23 AM, observed Defendant heading Northbound on Port Imperial Road, heading towards Hillside Road, making a turn crossing into his oncoming lane, disregarding the traffic and against the traffic light, when he was

3

struck in the front and or side of his car, by the car driven by the defendant.

7.     At the time of the occurrence, his airbag and or seatbelt failed, to deploy and or restrain him, within his Mercedes Benz automobile.  We believe that this was due either to a manufacturing defect, or a design defect, via negligence or strict liability, and or some other form of negligence on the part of the manufacturer, as the car was a 2016 model and rather new.  We believe that Mercedes-Benz Corporation also goes by the name Mercedes-Benz USA, LLC, located at 1 Mercedes-Benz Drive, Sandy Springs, GA  30328.

8.     As a direct and proximate result of the negligence, or design defect, or manufacturing defect of the Defendant MERCEDES BENZ CORPORATION, as aforesaid, Plaintiff was caused to sustain and did sustain serious and permanent personal injuries requiring the care and treatment of physicians, hospitalization and medication and has been and will in the future continue to be hampered in his daily routine.

WHEREFORE, Plaintiffs demands judgment against the Defendant MERCEDES BENZ CORPORATION, in the amount of his damages together with interest and costs of suit, for:

(a) Actual Damages;

(b) Consequential Damages;

(c) Pain and suffering;

(d) Out of Pocket expenses;

(e) Medical treatment and future medical treatment;

(f) Emotional distress and Psychiatric care;

(g) Punitive Damages; Pre and Post Judgment interest, Costs of Suit;

(h) Attorney Fees; and

(i) Such other relief as the Court may deem equitable and just.

## THIRD COUNT

## RES IPSA LOQUITUR AS TO MERCEDES BENZ CORPORATION REGARDING THE FAILURE OF THE SEATBELT AND OR FAILURE OF THE AIRBAG TO DEPLOY TO PROTECT THE PLAINTIFF

9.      Plaintiff repeats and re-alleges each and every one of the aforementioned allegations as if set forth herein at length.

10.     On or about July 2, 2017, Plaintiffs, ALEXANDRU POPA as driver, were the operator of a certain motor vehicle, being a 2016 black Mercedes Benz, with plate number HAH4665, and VIN number 55 swf4kbogu114654, while travelling in West New York, Southbound on Port Imperial Road towards New York, at or about 4:23 AM, observed Defendant heading Northbound on Port Imperial Road, heading towards Hillside Road, making a turn crossing into his oncoming lane, disregarding the traffic and against the traffic light, when he was struck in the front and or side of his car, by the car driven by the defendant.

11.     At the time of the occurrence, his airbag and or seatbelt failed, to deploy and or restrain him, within his Mercedes Benz automobile.  We believe that this was due either to a manufacturing defect, or a design defect, via negligence or strict liability, and or other negligence on the part of the manufacturer, as the car was a 2016 model and rather new.  If no exact cause is found for the failure of these parts, being seatbelt and airbag and related aspects, or otherwise cannot be determined, then we allege that the failure "speaks for itself" as proof of negligence, under *Res Ipsa Loquitur* theory.

12.     As a direct and proximate result of the negligence via Res Ipsa Loquitur, the Defendant MERCEDES BENZ CORPORATION, as aforesaid, harmed Plaintiff who was caused to sustain, and did sustain, serious and

permanent personal injuries requiring the care and treatment of physicians, hospitalization and medication and has been and will in the future continue to be hampered in his daily routine.

WHEREFORE, Plaintiffs demands judgment against the Defendant MERCEDES BENZ CORPORATION, in the amount of his damages together with interest and costs of suit, for:

(a) Actual Damages;

(b) Consequential Damages;

(c) Pain and suffering;

(d) Out of Pocket expenses;

(e) Medical treatment and future medical treatment;

(f) Emotional distress and Psychiatric care;

(g) Punitive Damages; Pre and Post Judgment interest, Costs of Suit;

(h) Attorney Fees; and

(i) Such other relief as the Court may deem equitable and just.

## FOURTH COUNT

### BREACH OF WARRANTY OF FITNESS AS TO MERCEDES BENZ CORPORATION REGARDING THE FAILURE OF THE SEATBELT AND OR FAILURE OF THE AIRBAG TO DEPLOY TO PROTECT THE PLAINTIFF

13)      Plaintiff repeats and re-alleges each and every one of the aforementioned allegations as if set forth herein at length.

14)      On or about July 2, 2017, Plaintiffs, ALEXANDRU POPA as driver, were the operator of a certain motor vehicle, being a 2016 black Mercedes Benz, with plate number HAH4665, and VIN number 55 swf4kbogu114654, while travelling in West New York, Southbound on Port Imperial Road towards New York, at or about 4:23 AM, observed Defendant heading Northbound on Port Imperial Road, heading towards Hillside Road, making a turn

6

crossing into his oncoming lane, disregarding the traffic and against the traffic light, when he was struck in the front and or side of his car, by the car driven by the defendant.

15)   At the time of the occurrence, his airbag and or seatbelt failed, to deploy and or restrain him, within his Mercedes Benz automobile.  We believe that this was due either to a manufacturing defect, or a design defect, via negligence or strict liability, and or other negligence on the part of the manufacturer, as the car was a 2016 model and rather new.  We also allege that the failure of these parts, being seatbelt and airbag and related aspects, bespeaks of a failure of these parts as a breach if the implied warranty of fitness by MERCEDES-BENZ.

16)       As a direct and proximate result of the breach of the implied warranty of fitness, the Defendant MERCEDES BENZ CORPORATION, as aforesaid, harmed Plaintiff who was caused to sustain, and did sustain, serious and permanent personal injuries requiring the care and treatment of physicians, hospitalization and medication and has been and will in the future continue to be hampered in his daily routine.

WHEREFORE, Plaintiffs demands judgment against the Defendant MERCEDES BENZ CORPORATION, in the amount of his damages together with interest and costs of suit, for:

(a) Actual Damages;

(b) Consequential Damages;

(c) Pain and suffering;

(d) Out of Pocket expenses;

(e) Medical treatment and future medical treatment;

(f) Emotional distress and Psychiatric care;

(g) Punitive Damages; Pre and Post Judgment interest, Costs of Suit;

(h) Attorney Fees; and

(i) Such other relief as the Court may deem equitable and just.

7

Dated: June 20, 2019

> Robert G. Ricco
> 811 Westwood Avenue
> River Vale, NJ 07675
> Telephone: (201) 961-2142
> Attorneys for Plaintiffs

*Robert G. Ricco*

By:   _____
>        Robert G. Ricco, Esq.

## JURY DEMAND

Plaintiff demands trial by jury as to all issues triable as of right by jury.

Dated: June 20, 2019

> Robert G. Ricco
> 811 Westwood Avenue
> River Vale, NJ 07675
> Telephone: (201) 961-2142
> Attorneys for Plaintiffs

*Robert G. Ricco*

By:   _____
>        Robert G. Ricco, Esq. *Of Counsel*

8

<u>NOTICE OF OTHER ACTIONS PURSUANT TO RULE 4:5-1</u>

I certify that the matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding and that no other action or arbitration proceeding is contemplated. I know of no other parties who should be joined in the action.

Dated: June 20, 2019

Robert G. Ricco
811 Westwood Avenue
River Vale, NJ 07675
Telephone: (201) 961-2142
Attorneys for Plaintiffs

*Robert G. Ricco*

By:     _____

Robert G. Ricco, Esq. *Of Counsel*


<u>DESIGNATION OF TRIAL COUNSEL</u>

Please take notice that Robert G. Ricco, Esq., is hereby designated as Trial Counsel in the above-captioned matter, pursuant to R.4:25 et. seq.

Dated: June 20, 2019

Robert G. Ricco
811 Westwood Avenue
River Vale, NJ 07675
Telephone: (201) 961-2142
Attorneys for Plaintiffs

*Robert G. Ricco*

9

By: _____
            Robert G. Ricco, Esq. *Of Counsel*


Certification of Compliance with Rule 1:38-7(c)

Pursuant to Rule 1:38- (c)  I hereby certify that this, the first filed pleading of any party in an action in

the Chancery Division, General Equity or in the Law Division, Special Civil Part is redacted as to personal

identifiers, and further certify that confidential personal identifiers have been redacted from documents now

submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule

1:38-7(b).

Dated: June 20, 2019

                        Robert G. Ricco
                        811 Westwood Avenue
                        River Vale, NJ 07675
                        Telephone: (201) 961-2142
                        Attorneys for Plaintiffs

                        *Robert G. Ricco*

            By: _____
                        Robert G. Ricco, Esq. *Of Counsel*


10

## DEMAND FOR ANSWERS TO UNIFORM AND SUPPLEMENTAL INTERROGATORIES

**PLEASE TAKE NOTICE** that pursuant to Rule 4:17-1(b)(ii)(2), Plaintiff hereby demands answers to Uniform **Interrogatories Form C and Form C(1)** within sixty (60) days of the filing of Defendant's Answer to this Complaint.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 4:17-1(b)(i)(1) and Rule 4:17-2, Plaintiff hereby demands answers to the attached **Supplemental Interrogatories** within sixty (60) days of the filing of Defendant's Answer to this Complaint.

11

## SUPPLEMENTAL INTERROGATORIES PERMITTED PURSUANT
## TO RULE 4:17-1(b)(i)

S1. If you contend or will contend that the permanency of Plaintiff's injuries should not be evidential or be considered by the finder of fact, state with detail and with particularity and specificity each and every basis of fact or law upon which you will rely to support such contention.

S2. Pursuant to Rule 4:17-4, please designate any information set forth in your answers to these interrogatories which is not within the answerer's personal knowledge and as to that information please state the name and address of every person from whom it was received, or, if the source of the information is documentary, a full description of the document(s) including the location thereof.

S3. State the name and address of the location where the operator of Defendant's motor vehicle last entered Defendant's motor vehicle prior to the time of the alleged accident.

12

S4. Beginning from the location where the operator of Defendant's motor vehicle last entered said vehicle prior to the accident as set forth in the immediately preceding interrogatory, describe the course of travel taken by the operator of Defendant's vehicle up to the location of the accident setting forth street names and directions traveled.

S5. State whether an estimate of the damage to Defendant's vehicle was made subsequent to the subject accident, and if so, please state the name and address of the person, firm and/or corporation providing the estimate of damage, the date the estimate of damage was obtained and annex hereto a copy of any written estimate.

13

## CERTIFICATION

Pursuant to the requirements of Rule 4:5-1 (NOTICE OF OTHER ACTIONS), I, the undersigned, do hereby certify to the best of my knowledge, information and belief, that except as hereinafter indicated, the subject matter of the controversy referred to in the within pleading is not the subject of any other Cause of Action, pending in any other Court, or of a pending Arbitration Proceeding, nor is any other Cause of Action or Arbitration Proceeding contemplated;

1. OTHER ACTIONS PENDING?...........................YES ___ NO **X** ___
   A. If YES - Parties to other Pending Actions.

   B. In my opinion, the following parties should be joined in the within pending Cause of Action.

2. OTHER ACTIONS CONTEMPLATED?.......................YES NO___ **X** ___
   A. If YES - Parties contemplated to be joined, in other Causes of Action.

3. ARBITRATION PROCEEDINGS PENDING?..................YES ___ NO **X** ___
   A. If YES - Parties to Arbitration Proceedings.

   B. In my opinion, the following parties should be joined in the pending Arbitration Proceedings.

4. OTHER ARBITRATION PROCEEDINGS CONTEMPLATED?........YES ___ NO **X** ___
   A. If YES - Parties contemplated to be joined to Arbitration Proceedings.

In the event that during the pendency of the within Cause of Action, I shall become aware of any change as to any facts stated herein, I shall file an amended certification and serve a copy thereof on all other parties (or their attorneys) who have appeared in said Cause of Action.

Attorneys for Plaintiff

*Robert G. Ricco*

by:_____
Robert G. Ricco, Esq.

Dated: June 20, 2019

14

# Civil Case Information Statement

## Case Details: HUDSON | Civil Part Docket# L-002467-19

Case Caption: RICCO ROBERT  VS PEREZ VANESSA

Case Initiation Date: 06/21/2019

Attorney Name: ROBERT GEORGE RICCO

Firm Name: ROBERT G. RICCO

Address: 811 WESTWOOD AVE

RIVER VALE NJ 076756639

Phone:

Name of Party: PLAINTIFF : Ricco, Robert, G

Name of Defendant's Primary Insurance Company
(if known): Unknown

Case Type: AUTO NEGLIGENCE-PERSONAL INJURY (VERBAL
THRESHOLD)

Document Type: NJ eCourts Case Initiation Confirmation

Jury Demand: YES - 6 JURORS

Hurricane Sandy related? NO

Is this a professional malpractice case?  NO

Related cases pending: NO

If yes, list docket numbers:

Do you anticipate adding any parties (arising out of same
transaction or occurrence)? NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
#### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:


Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:


Will an interpreter be needed? NO
    If yes, for what language:


Please check off each applicable category: Putative Class Action? NO        Title 59? NO


I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

06/21/2019                                                          /s/ ROBERT GEORGE RICCO
Dated                                                                    Signed

ROBERT G. RICCO, ESQ.                                    New York Offices
Admitted to Practice in                                 79 Rennert Lane
New Jersey, New York and Florida                        Bardonia, NY 10954
robertgricco@yahoo.com                                  99 Main Street
robertgricco@gmail.com                                  Nyack, NY 10960

**The Law Offices of**

# Robert G. Ricco, Esq.

811 Westwood Avenue*     190 Main Street, 3rd c/o N, C &D LLC
River Vale NJ 07675         Hackensack, NJ 07601

(201) 497-6524 - (201) 961-2142 fax (201) -992-3055

June 21, 2019

Re:   Alex Popa v. Vanessa Perez and Mercedes Benz Corp
      Docket No. Hud – L-002467-19
      Correction of  Deficiency as to CIS

Dear Honorable Clerk:

      Please accept this correction, and change the name of the plaintiff on the computer
generated CIS form to Alexandru Popa, instead of the current attorney name of Robert G. Ricco.
Mr. Ricco is the attorney for Plaintiff, not the Plaintiff himself.  Mr. Popa's address is:
64 South Main Street, Apt. 1F, Spring Valley, NY  10977. Attached is an old  fashioned CIS for
additional help.  We thank the Court Clerk for this correction.

Very truly yours,

Robert G. Ricco, Esq.

**Appendix XII-B1**



## CIVIL CASE INFORMATION STATEMENT
### (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),**
**if information above the black bar is not completed**
**or attorney's signature is not affixed**

| FOR USE BY CLERK'S OFFICE ONLY |
|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA |
| CHG/CK NO. |
| AMOUNT: |
| OVERPAYMENT: |
| BATCH NUMBER: |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| ROBERT G. RICCO | (201) 961-2142 | Hudson |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| Law Office of Robert G. Ricco | |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| Robert G. Ricco<br>811 Westwood Avenue<br>River Vale, NJ 0 7675 | COMPLAINT |
| | JURY DEMAND ■ YES ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| ALEXANDRU POA<br><br>64 S Main St., Apt 1F, Spring Valley, NY 10977 | ALEXANDRU POPA v VANESSA PEREZ<br>and Mercedes-Benz, et al |

| CASE TYPE NUMBER<br>(See reverse side for listing)<br><br>603Y | HURRICANE SANDY<br>RELATED?<br>☐ YES  ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO |
|---|---|---|
| | | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING?<br>☐ YES  ■ No | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ YES  ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>unknown | ☐ NONE<br>■ UNKNOWN |
|---|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR<br>RECURRENT RELATIONSHIP?<br>☐ YES  ■ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE   ☐ FRIEND/NEIGHBOR   ☐ OTHER (explain)<br>☐ FAMILIAL   ☐ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ■ No |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| ♿ | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES  ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED?<br>☐ YES  ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

| ATTORNEY SIGNATURE: | June 20, 2019 |
|---|---|

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

---

## CASE TYPES (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I  -  150 days' discovery**
- 151   NAME CHANGE
- 175   FORFEITURE
- 302   TENANCY
- 399   REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502   BOOK ACCOUNT (debt collection matters only)
- 505   OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506   PIP COVERAGE
- 510   UM or UIM CLAIM (coverage issues only)
- 511   ACTION ON NEGOTIABLE INSTRUMENT
- 512   LEMON LAW
- 801   SUMMARY ACTION
- 802   OPEN PUBLIC RECORDS ACT (summary action)
- 999   OTHER (briefly describe nature of action)

**Track II  -  300 days' discovery**
- 305   CONSTRUCTION
- 509   EMPLOYMENT (other than CEPA or LAD)
- 599   CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605   PERSONAL INJURY
- 610   AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621   UM or UIM CLAIM (includes bodily injury)
- 699   TORT – OTHER

**Track III  -  450 days' discovery**
- 005   CIVIL RIGHTS
- 301   CONDEMNATION
- 602   ASSAULT AND BATTERY
- 604   MEDICAL MALPRACTICE
- 606   PRODUCT LIABILITY
- 607   PROFESSIONAL MALPRACTICE
- 608   TOXIC TORT
- 609   DEFAMATION
- 616   WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617   INVERSE CONDEMNATION
- 618   LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV  -  Active Case Management by Individual Judge / 450 days' discovery**
- 156   ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303   MT. LAUREL
- 508   COMPLEX COMMERCIAL
- 513   COMPLEX CONSTRUCTION
- 514   INSURANCE FRAUD
- 620   FALSE CLAIMS ACT
- 701   ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**

| | | | |
|---|---|---|---|
| 271 | ACCUTANE/ISOTRETINOIN | 296 | STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 297 | MIRENA CONTRACEPTIVE DEVICE |
| 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 299 | OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR |
| 282 | FOSAMAX | 300 | TALC-BASED BODY POWDERS |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 601 | ASBESTOS |
| 286 | LEVAQUIN | 623 | PROPECIA |
| 289 | REGLAN | 624 | STRYKER LFIT CoCr V40 FEMORAL HEADS |
| 291 | PELVIC MESH/GYNECARE | 625 | FIREFIGHTER HEARING LOSS LITIGATION |
| 292 | PELVIC MESH/BARD | 626 | ABILIFY |
| 293 | DEPUY ASR HIP IMPLANT LITIGATION | 627 | PHYSIOMESH FLEXIBLE COMPOSITE MESH |
| 295 | ALLODERM REGENERATIVE TISSUE MATRIX | 628 | TAXOTERE/DOCETAXEL |
| | | 629 | ZOSTAVAX |
| | | 630 | PROCEED MESH/PATCH |

**If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.**

## Please check off each applicable category  ☐ Putative Class Action    ☐ Title 59

HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY    NJ 07306

                            TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (201) 748-4400
COURT HOURS  8:30 AM - 4:30 PM

                    DATE:   JUNE 21, 2019
                    RE:     RICCO ROBERT  VS PEREZ VANESSA
                    DOCKET: HUD L -002467 19

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON KIMBERLY ESPINALES-MALONEY

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      002
AT:  (201) 795-6908.

      IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
      PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:
                            ATT: ROBERT G. RICCO
                            ROBERT G. RICCO

                            811 WESTWOOD AVE
                            RIVER VALE      NJ 07675-6639


ECOURTS