**SHOOK, HARDY & BACON L.L.P.**
Joseph H. Blum, Esquire
NJ Bar ID: 010211984
Nicolai A. Schurko, Esquire
NJ Bar ID: 018392010
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103-7014
(215) 278-2555
*Attorneys for Defendant*
*Mercedes-Benz USA, LLC (incorrectly identified*
*as Mercedes-Benz Corporation otherwise*
*known as Mercedes-Benz USA, LLC)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALEXANDRU POPA,<br><br>    Plaintiff,<br><br>  v.<br><br>VANESSA PEREZ, ET AL,<br><br>    Defendants. | Civil Action No. 2:19-cv-15309-BRM-ESK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  The Parties, by and through their attorneys, hereby stipulate and agree to dismiss all claims, cross-claims and third-party claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice and without costs to any party. The Parties further stipulate and agree that the form and substance of the within Stipulation of Dismissal is acceptable to all signatories below.

Dated: August 28, 2020

**SO STIPULATED:**

*/s/ Robert G. Ricco*

_____
Robert G. Ricco, Esquire
robertgricco@gmail.com
**THE LAW OFFICES OF ROBERT G. RICCO, ESQ.**
811 Westwood Avenue
River Vale, NJ 07675
*Attorney for Plaintiff*


*/s/ Joseph H. Blum*
Joseph H. Blum, Esquire
Nicolai A. Schurko, Esquire
jblum@shb.com
nschurko@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2001 Market Street, Suite 3000
Philadelphia, PA 19103-7014
*Attorneys for Defendant Mercedes-Benz USA, LLC*
*(incorrectly identified*
*as Mercedes-Benz Corporation otherwise*
*known as Mercedes-Benz USA, LLC)*

**SO ORDERED:**

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:** September 1, 2020

2